# United States Bankruptcy Court
## Eastern District of New York

In re __Kirk Radomski__  
Debtor(s)

Case No. _____  
Chapter __13__

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, __Kirk Radomski__, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

- [x] I have not been employed by any employer within the 60 days before the date of the filing of the petition.

- [ ] I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

- [ ] I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date __2/5/18__

Signature __/s/ Kirk Radomski__  
Kirk Radomski  
Debtor